IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GEORGE E. MCDERMOTT,          :

vs.                           :   Civil Action No. MJG-95-3904

ANDREW CLIFFORD MOORE         :

oOo

### ORDER

Currently pending is a Motion to have Court Certify its Record for Presentment to the United States Supreme Court filed by George McDermott. Sup. Ct. R. 12.7 and 18.11 both require that the court having custody of a record, keep the record until notified by the Supreme Court to certify and transmit it. As the Supreme Court has not directed that the record be certified, Mr. McDermott's request will be denied.

Accordingly, it is, this _____ day of September 2002, hereby **ORDERED** that the Motion to Have Court Certify its Record for Presentment to the United States Supreme Court is **Denied**.

Marvin J. Garbis
United States District Judge

